1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH RAYMOND McCOY,                    Case No. 1:18-cv-00545-BAM (PC)

12                    Plaintiff,              ORDER DENYING MOTION TO PROCEED
                                              *IN FORMA PAUPERIS*
13          v.
                                              (ECF No. 5)
14   BROWN, et al.,
                                              ORDER REQUIRING PLAINTIFF TO FILE
15                    Defendants.             COMPLETED APPLICATION TO PROCEED
                                              *IN FORMA PAUPERIS* OR PAY FILING FEE
16
                                              **THIRTY (30) DAY DEADLINE**
17

18          Plaintiff Joseph Raymond McCoy ("Plaintiff") is a state prisoner proceeding *pro se* in this

19   civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on April 23, 2018.

20   (ECF No. 1.)  Currently before the Court is Plaintiff's motion for leave to proceed *in forma*

21   *pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 5.)

22          Plaintiff's application to proceed *in forma pauperis* is incomplete.  Although Plaintiff has

23   signed and dated the application and attached a certified copy of his trust account statement for

24   the past six months, Plaintiff has not answered any of the questions on the application.  Plaintiff

25   must submit a completed form if he wishes for the application to be considered.  Plaintiff is __not__

26   required to submit a new certified copy of his trust account statement with the new application.

27   ///

28   ///

                                                1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 5) is DENIED, without prejudice;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 initial filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. <u>**The failure to comply with this order will result in dismissal of this action without prejudice.**</u>

IT IS SO ORDERED.

Dated:   **May 25, 2018**                          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE