# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND McCOY, | Case No. 1:18-cv-00545-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | (ECF No. 8) |
| BROWN, et al., | |
| Defendants. | ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE |
| | **FOURTEEN (14) DAY DEADLINE** |

Plaintiff Joseph Raymond McCoy ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 23, 2018. (ECF No. 1.)

On May 25, 2018, the Court issued an order denying Plaintiff's motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, because Plaintiff had not answered any of the questions on the application. (ECF Nos. 5, 6.) Plaintiff was ordered to submit a new, completed application within thirty days, but was not required to submit a new copy of his certified trust account statement. (ECF No. 6.)

Currently before the Court is Plaintiff's renewed motion to proceed *in forma pauperis*, filed June 21, 2016. (ECF No. 8.) While Plaintiff has completed the first two questions of the application, in reference to the remaining questions Plaintiff has noted "SEE ATTACHED

1

CERTIFICATION OF TRUST." (Id.)  There are no documents attached to Plaintiff's application.

In addition, although the application is dated and includes Plaintiff's CDCR Number, Plaintiff has not signed the application.  Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  As a result, the Court cannot consider Plaintiff's application, but will allow him fourteen days to submit a signed and completed form if he wishes for the application to be considered.  Once again, Plaintiff is **not** required to submit a new certified copy of his trust account statement with the new application.

Accordingly, it is HEREBY ORDERED that:

1.  Plaintiff's motion to proceed *in forma pauperis* (ECF No. 8) is DENIED, without prejudice;

2.  Within **fourteen (14) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 initial filing fee for this action;

3.  No extension of time will be granted without a showing of good cause; and

4.  **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:  **June 25, 2018**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE